■ In the Matter of CONCHITA J., Appellant, v NICHOLAS SCOPETTA, Respondent. [709 NYS2d 834] —In a habeas corpus proceeding, the petitioner appeals from an order of the Family Court, Queens County (Salintro, J.), dated May 24, 1999, which, after a hearing, denied the petition.

Ordered that the order is affirmed, without costs or disbursements.

A writ of habeas corpus is not the proper procedure to seek review of the Family Court's fact-finding order of neglect entered upon the mother's default (*see, People ex rel. Backus v Broome County Dept. of Social Servs.,* 240 AD2d 786, 787-788; *Matter of Eddie J.,* 273 AD2d 239 [decided herewith]). The proper procedure is to move to vacate the fact-finding order, and if the motion is denied, to appeal from the order denying the motion

(*see, Matter of Vanessa M.*, 263 AD2d 542; *Matter of Hurst v Hurst*, 227 AD2d 689). O'Brien, J. P., Joy, Luciano and Schmidt, JJ., concur.